No. 79–954.  SHANAHAN v. MAINE.  Sup. Jud. Ct. Me. Certiorari denied.

No. 79–957.  PANARELLA v. NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 79–961.  AMBASSADOR COLLEGE v. GOETZKE.  Sup. Ct. Ga.  Certiorari denied.

No. 79–964.  HIXSON v. ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 79–966.  LYKOS ET AL. v. AMERICAN HOME ASSURANCE Co.  C. A. 7th Cir.  Certiorari denied.

No. 79–967.  FLOYD v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 79–968.  COUGHENOUR v. MILLS.  Ct. Sp. App. Md. Certiorari denied.

No. 79–970.  LLINAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–976.  FALSTAFF BREWING CORP. v. LOCAL No. 153, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA.  C. A. 3d Cir.  Certiorari denied.

No. 79–977.  NEILSON ET AL. v. WYOMING.  Sup. Ct. Wyo. Certiorari denied.

No. 79–982.  ROBERTS, ATTORNEY GENERAL OF RHODE ISLAND v. NARRAGANSETT ELECTRIC Co.  Sup. Ct. R. I.  Certiorari denied.